# Court of Appeals
# of the State of Georgia

ATLANTA, August 30, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0039.  TONIA W. REED v. ANNIE CRAWFORD.**

This action for damages following a vehicle collision originated in magistrate court.  The magistrate court issued a final judgment in the case and Tonia W. Reed filed this application for discretionary review.  We, however, lack jurisdiction.

As a general rule, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  If the party is then aggrieved by the decision of the state or superior court, an application for discretionary appeal may be filed in this Court.  See OCGA § 5-6-35 (a) (1), (11).  However, this Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Handler*, 199 Ga. App. at 751; *Westwind Corp. v. Washington Fed. Sav. & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990). Thus, absent a state or superior court decision, we lack jurisdiction over this application for discretionary review, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/30/2018

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , Clerk.